**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO LEMUS-COVARRUVIAS, a.k.a. Antonio Lemus, | No. 10-70165 |
| Petitioner, | Agency No. A096-367-664 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Antonio Lemus-Covarruvias, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for cancellation of

removal.  We review de novo claims of due process violations in removal

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

proceedings.  *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000).  We deny the petition for review.

Lemus-Covarruvias' claim that the IJ violated his due process rights by exhibiting bias fails because the proceedings were not so fundamentally unfair that he was prevented from reasonably presenting his case, and he failed to demonstrate prejudice.  *See* id. at 971-72; *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**